## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William F. Wilbert and Michaele M. Wilbert

        Debtor(s)

CHAPTER 13

BKY. NO. 13-12015 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ally Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8535

                          Respectfully submitted,

                          **/s/Thomas Puleo, Esquire**
                          Thomas Puleo, Esquire
                          Brian C. Nicholas, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406