IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-12015-ref |
| WILLIAM F. WILBERT and MICHAELE M. WILBERT, | Chapter 13 |
| | Doc. No. |
| Debtors, | |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Proof of Claim **(Doc. #12-1)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No.**

**12-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.       This Motion is **GRANTED**.

2.       The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 12-1 on the**

**Claims Register forthwith.**

**Green Tree Servicing, LLC** shall  file redacted copies of the document(s) identified

in Paragraph 2 above **on or before** February 17, 2017.

Dated:_____

**Date: February 6, 2017**

BY THE COURT:

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Judge