United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-12015-ref
William F. Wilbert                                                              Chapter 13
Michaele M. Wilbert
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa          Page 1 of 1          Date Rcvd: Mar 21, 2017
                             Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db/jdb      +William F. Wilbert,   Michaele M. Wilbert,   3246 Moore Street,   Easton, PA 18045-5617
cr           eCAST Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bnc@bass-associates.com Mar 22 2017 03:17:08     Capital One, N.A.,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    GMAC MORTGAGE CORPORATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    ALLY BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PETER J. ASHCROFT   on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              STEVEN F. DUNBAR   on behalf of Joint Debtor Michaele M. Wilbert dunbarlaw@enter.net
              STEVEN F. DUNBAR   on behalf of Debtor William F. Wilbert dunbarlaw@enter.net
              THOMAS I. PULEO   on behalf of Creditor    ALLY BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William F. Wilbert<br>　　　　Michaele M. Wilbert<br>　　　　　　　　　Debtors | CHAPTER 13 |
| Ditech Financial LLC<br>　　　　　　　　Movant<br>　　　　vs. | NO. 13-12015-REF |
| William F. Wilbert<br>Michaele M. Wilbert<br>　　　　　　　　　Debtors | |
| Frederick L. Reigle<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3246 Moore Street, Easton, PA 18045 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 21, 2017**

_____
United States Bankruptcy Judge.