United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-12015-ref
William F. Wilbert                                                     Chapter 13
Michaele M. Wilbert
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Jul 25, 2018
                              Form ID: 138NEW         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
```
db/jdb         +William F. Wilbert,    Michaele M. Wilbert,    3246 Moore Street,    Easton, PA 18045-5617
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12988946        AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
13435684       +Ally Bank,   JOSHUA ISAAC GOLDMAN,     KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13100831       +Ally Bank, In c/o Ocwen Loan Servicing, LLC,    Ocwen Loan Servicing, LLC,
                 1100 Virginia Drive, Ste. 175,    Fort Washington, PA 19034-3278
12988947      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235)
13092556        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13425113       +Cenlar, FSB,    Attention Payment Processing,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
12988951        Chase,   Po Box 15298,    Wilmington, DE 19850-5298
12988952       +Chase Na,    2500 Westfield Dr,    Elgin, IL 60124-7700
12988953       +Chld/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12988954       +Citi Cards,    PO Box 6062,    Sioux Falls, SD 57117-6062
13866296       +Ditech Financial LLC,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13024622        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13002749       +GMAC MORTGAGE CORPORATION,    JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
12988958        HSBC Card Services,    PO Box 81622,    Salinas, CA 93912-1622
12988957       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12988959       +Hsbc/Boscv,    Po Box 4274,    Reading, PA 19606-0674
12988962        Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
12991247       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
12988963       +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
12988964        Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
13310645        eCAST Settlement Corporation,    PO Box 28136,    New York NY 10087-8136
13082280        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 02:03:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2018 02:04:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Jul 26 2018 02:03:37      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
13077064        E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2018 02:07:34
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14106301       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2018 02:08:19
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
12988948        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:06:59      Cap One,
                 Po Box 85520,    Richmond, VA 23285
12988950        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:08:28      Capital One,
                 Bankruptcy Claims,    PO Box 30285,    Salt Lake City, UT 84130-0285
13038398        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:07:00
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13016274       +E-mail/Text: bnc@bass-associates.com Jul 26 2018 02:03:37      Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13100753        E-mail/Text: bankruptcy.bnc@ditech.com Jul 26 2018 02:03:42      Green Tree Servicing, LLC,
                 PO BOX 6154,    Rapid City, SD  57709-6154
12988955       +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:08:17      Gecrb/Care Credit,
                 Po Box 981439,    El Paso, TX 79998-1439
12988956       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 26 2018 02:03:42      Green Tree Mortgage,
                 Attn: Customer Care,    P.O. Box 94710,    Palatine, IL 60094-4710
12988960       +E-mail/Text: notices@ircocu.com Jul 26 2018 02:04:08      IRCO Federal Credit Union,
                 450 Hillcrest Blvd.,    Phillipsburg, NJ 08865-1527
13042919       +E-mail/Text: bncmail@w-legal.com Jul 26 2018 02:03:58      KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12988961       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 26 2018 02:03:40      Kohls/Cap One,
                 PO Box 3043,    Milwaukee, WI 53201-3043
13042923       +E-mail/Text: bncmail@w-legal.com Jul 26 2018 02:04:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13093056        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2018 02:06:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                   Date Rcvd: Jul 25, 2018
                              Form ID: 138NEW             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                    TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
cr*            eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
12988949*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   GMAC MORTGAGE CORPORATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   ALLY BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              STEVEN F. DUNBAR    on behalf of Debtor William F. Wilbert dunbarlaw@enter.net,
               r40333@notify.bestcase.com
              STEVEN F. DUNBAR    on behalf of Joint Debtor Michaele M. Wilbert dunbarlaw@enter.net,
               r40333@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor   ALLY BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                    TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William F. Wilbert and Michaele M. Wilbert

    Debtor(s)

Bankruptcy No: 13−12015−ref

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/25/18

72 − 71
Form 138_new